| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Banda Family Ventures, a California corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Steve's Pizza Elk Grove; Steve's Pizza El Dorado Hills | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all):  1786; EIN: 20-4066130 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>9135 W. Stockton Blvd #100<br>Elk Grove, CA<br>ZIPCODE 95758 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Sacramento | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 2159<br>Elk Grove, CA<br>ZIPCODE 95759 | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):
3941 Park Dr #100, El Dorado Hills, CA      ZIPCODE 95762

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

_____

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million
Check all applicable boxes
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ |

2007-25473
FILED
July 16, 2007
3:00 PM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000830890

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver 4.2-691 - 10937

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>Banda Family Ventures, a California corporation |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:   NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>     Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. ver. 4.2.2-691 - 30917

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Banda Family Ventures, a California corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative of a Recognized Foreign Proceedings

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11 United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X *[signature]*
Signature of Attorney for Debtor(s)

WALTER R. DAHL 102186
Printed Name of Attorney for Debtor(s)

Dahl & Dahl, Attorneys at Law
Firm Name

2304 "N" Street
Address

Sacramento, CA 95816-5716

916 446-8800
Telephone Number

13-July-2007
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

KAREN M. BANDA
Printed Name of Authorized Individual

President
Title of Authorized Individual

13-July-2007
Date

*[vertical text in left margin]* Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.2-691 - 10937

# RESOLUTION OF THE BOARD OF DIRECTORS

## Banda Family Ventures,
## a California corporation

**WHEREAS**, the above-named corporation, duly qualified to do business in the State of California, currently is unable to pay its debts as they come due; and

**WHEREAS**, the corporation desires to effect an orderly liquidation of its assets for the benefit of its creditors and the corporation has determined that such liquidation can best be accomplished by utilizing the protections and provisions of the Bankruptcy Reform Act of 1978; it is

**RESOLVED**, that the corporation shall file a voluntary petition under Chapter 7 of the Bankruptcy Code; and

**RESOLVED FURTHER**, that the corporation in its name by and through its President and its Secretary shall prepare the appropriate Petition, Statement of Affairs, Schedules of Assets and Liabilities, Summary of Debts and Property and all other necessary documents for filing a Chapter 7 bankruptcy case in the United States Bankruptcy Court for the Eastern District of California; and

**RESOLVED FURTHER**, that the corporation engage and retain Dahl & Dahl, Attorneys at Law, for this purpose and to initiate and continue all further filings, actions and proceedings necessary in connection with the liquidation of the corporation under Chapter 7.

## CERTIFICATE OF CORPORATE OFFICER

I, Karen M. Banda certify that:

I am the duly qualified and acting President of Banda Family Ventures, a California corporation.

The foregoing is a true and correct copy of the resolution adopted by the Board of Directors of the corporation: (1) at a special meeting duly held, or; (2) by unanimous written consent, and entered in the minutes of such meeting in the Minute Book of the corporation.

_____
Karen M. Banda, President

# FORM 6. SCHEDULES

Summary of Schedules

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**In re**  Banda Family Ventures, a California corporation

**Debtor**

Case No. _____

**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Shopping Center Leasehold<br><br>3941 Park Dr #100<br>El Dorado Hills CA | Leasehold | | Unknown | None |
| Shopping Center leasehold<br><br>9135 W. Stockton Blvd #100<br>Elk Grove CA | Leasehold | | Unknown | None |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re   Banda Family Ventures, a California corporation

Case No. _____

**Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Corporate Checking Bank of America | | 205.00 |
| | | Corporate Savings Wells Fargo Bank | | 0.00 |
| | | Corporate Checking Wells Fargo Bank | | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | PG&E PG&E Account # 5338934419-2 EG and 5428862478-3 EDH | | 5,800.00 |
| | | SMUD - Account # 3152592 Held by SMUD - most likely will be used to pay last billing [Elk Grove Store] | | 2,500.00 |
| | | Lease deposit - El Dorado Hills Store Security deposit | | 10,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

In re   Banda Family Ventures, a California corporation                    Case No. _____
　　　　　　　　　　　　　Debtor                                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | A/R - Elk Grove Store<br>EG Store A/R's billed and past due reminders out 6/30 | | 1,780.94 |
| | | A/R - El Dorado Hills Store<br>EDH A/R's billed and past due reminders sent 6/30 | | 28.90 |
| | | A/R - Employee Advance<br>Dennis M. Grube<br>Placerville CA | | 1,500.00 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

In re   Banda Family Ventures, a California corporation                     Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | | Steve's Pizza Franchise<br>Liquor License - Elk Grove Store<br>9135 W. Stockton Blvd., suite 100<br>Elk Grove, ca  95758<br><br>Liquor license - El Dorado Hills Store<br>3941 Park Drive, Suite 100,<br>El Dorado Hills, CA  95762 | | 25,000.00<br>1,500.00<br><br>1,500.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer data<br>on computer systems of both Stores | | Indeterminate |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 GMC Van - pizza delivery van<br>9135 W. Stockton Blvd., Elk Grove, CA  95758<br><br>2006 Kia Rio [BofA]<br>[titled to Karen M. Banda]<br><br>2006 Kia Rio [Chase]<br>[titled to Karen M. Banda] | | 1,275.00<br><br>8,800.00<br><br>8,800.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Fax X2, all in one printer (EG), office chair | | 50.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**In re** Banda Family Ventures, a California corporation      **Case No.** _____

           **Debtor**                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 9135 W. Stockton Blvd., Suite 100 Elk Grove, Ca 95758 | | |
| | | Computer system - El Dorado Hills Store 3941 Park Drive, Suite 100 El Dorado Hills, Ca 95762 | | 7,500.00 |
| | | Computer system - Elk Grove 9135 W. Stockton Blvd., Suite 100 Elk Grove, CA 95758 | | 1,000.00 |
| | | Fax Machine, printer, office chair 3941 Park Drive, Suite 100 El Dorado Hills, CA 95762 | | 25.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Furniture Fixtures & Equipment - Elk Grove Store See attached Schedule B-29 9135 W. Stockton Blvd., Elk Grove, CA | | 250,000.00 |
| | | Furniture Fixtures & Equipment - El Dorado Hills Store See attached Schedule B-29 3941 Park Dr #100, El Dorado Hills, CA | | 165,000.00 |
| | | POS system / credit card readers - Elk Grove Store POS System / credit card readers - El Dorado Hills Store | | 3,200.00 500.00 |
| 30. Inventory. | | Food Packaging Items, Papergoods - Elk Grove Store 9135 W. Stockton Blvd., Suite 100 Elk Grove, CA 95758 | | 500.00 |
| | | Food Packaging Items, Papergoods - El Dorado Hills Store 3941 Park Drive, Suite 100 El Dorado Hills, CA 95762 | | 1,000.00 |

# LAGUNA
# EQUIPMENT LIST

## ITEM

### OUTDOOR EQUIPMENT:
- Four green Parasols with five stands
- Five outdoor - Round tables
- Two small outdoor square tables
- Three large rectangular tables
- 19 outdoor steel chairs

### KITCHEN:
- Perlick back bar refrigerator - 4' Serial*: 456254, Model#: C5077UL
- Chill right beer system with two 8 tap towers- AE234AS717J7, RW4A169
- 11 Wittco Holding Ovens L) Model#:516R / Serial*: 626204
  - 2.) Model#: 516R/ Serial#: 626207
- Built in Wells Soup Warmer
- Salad Bar - Self contained/Refrigerated 4'X12'
- 2 Perlick Back Bar Refrigerator - A) Serial#:456256 / Model#:C5063EUL
  - B) Serial#:456257 / Model#:C5063EUL
- Rolling Car Rack -2'XTX3"
- Custom walk in refrigerator - 9'wideX13'longX8'Xhigh
- 2 -Storage Racks -28"X24"X72"
- 5 - Storage Racks - 24"X54"X72"
- 1 - Stainless steel storage Rack - 6*X14"
- 2 - Stainless steel storage Rack - 9'X14"
- Stainless steel storage Rack - 8'X14'
- Stainless steel storage Rack - 10'X14"
- Overhead exhaust hood - stainless steel 4.5'X14'
- Delfidd Sandwich Table - 6'X3' 384P-U.C
- Wells Soup Warmer - 3 tray - Model #: SMPT / Serial #: NCF7622
- Stainless steel shelf- 2'XL5'
- 4'X2.5' Large Grill with 2X2 clean shelf beat press - serial#:A41108
- 2.5 *X4' - 8 burner - Wolf Regency gas range
- 2.5'X2' - 4 burner - Wolf Regency gas range
- 12.5'X2.5'X2' - 12 drawerDelfield refrigerated drawer - Model#: 06-05-2002 / Serial*: 10437540ZM
- 2'X2.5'X72" - Stainless Steel Storage Rack
- 2 - 2'X4'X83" - Stainless Steel Storage Rack
- » 2.5'X11' - Stainless Steel custom dirty dish table with 3 sinks
- 2.5'X5'- Stainless Steel clean dish Table
- 4.5'X16" - Stainless Steel Shelf
- 42"X16" - Stainless Steel Slanted Shelf

Schedule B-29

11-A

- 2'X4' - Stainless Steel Dunnage Rack
- 2'X4'X3* - Stainless Steel Table
- « 42"X42" - exhaust hood for dishwashers
- 2 - 86"X12" - Stainless Steel Shelf
- 13.5'X3' Refrigerated Pizza make table, two refrigeration units in one Deffield case, Model#:0606-2002, Serial*: 104375404M, Serial#:104375405M
- 8'X10' Oven exhaust hood stainless steel
- 3 - Lincoln Impinger Pizza ovens, Serial #: L29723-12/01, Model #: 1600-OCKKA
  Serial #: L29708-12/01, Model #: 1600-000-A
  Serial #: L29710-12/01, Model #: J600-000-A
- 2'X8'X3' Stainless Steel Cut Table
- 1.5'X4' Stainless Steel Shelf
- 8'X1.5'X4' Stainless Steel Box Cabinet
- 5 - Doe Rolling Racks with Covers
- 5'X14" Stainless Steel Shelf
- 28"X5'^X3" Stainless Steel Doe Table
- 2 - 5.5>X12" Stainless Steel Shelves
- 5.5'X2' Stainless Steel Counter with Two drawers
- 2'X4' Wire Dunnage Rack
- 3'X1' Mars air door, Model #: 36CH-O, Serial ft 0206PF36CH-L(F3)
- Fire extinguisher - Ansul Guard
- 2'X4'X86" Stainless Steel Storage Rack
- 2'X4'X5,5' Stainless steel delivery warming shelf with two heating elements - heat strip
  Model #: ED-48-same for both
  Serial #:0205-D00913 Serial
  #: 0204-D06783
- Miele Profi Vacuum
- » 2'X2'X8' Cabinet - Wood
- 2'X2'X86" Stainless Steel storage Rack
- ChilRite Compressor - for the beer system. Model #: MC3021OOAV, Serial #: E22922
- 2 'X3 'X86' Storage (Stainless Steel)
- Firs Aid Kit - wall mounted
- 20 - Delivery Lock Boxes
- 8'X2.5" Stainless Steel Shelf
- 2 - 8'X14" Stainless Steel Wall Shelves
- 2.5'X8'X3' - Stainless Steel Prep Table with Sink
- 2'X4'X86" Storage Rack
- 5-1 °X3' Wall wood shelf
- 8'X16" Wall-Wood shelf

## OFFICE EQUIPMENT:
- Meilink Cash Vault 20"X20"X28"
- 2'X6-5' desk top / 1-1,5'X4,5' desk top
- Hahn 4 drawer file cabinet

Paper shredder
Panasonic Fax machine KX-FHD331
Panasonic Switching system 1232 - phone system with 4 phones
DMX Music System
Toshiba VCR TV/VCR combination
30" wide TV's Panasonic - with direct TV
22" wide TV Panasonic - with direct TV Station
1-Docu-ware Printer # K403
5-P.O.S Computer System / Pay Stations
9 - Kitchen Printers - (Star SP 2000)
3 - Credit Card Systems
10 - CPU's
10 - monitors - computers 10-
Keyboards

## INDOOR SEATING:

8 - 4'x 28" Table - Rectangular 17
- 32"x32" Table - Square
2 - 5' Diameter Circular Table
1 - 24"x24" Table Square
3 - Diameter Circular Table - 41" high
128 Chairs
20 Bar Stools 7 Built
in Booths

# EL DORADO HILLS
# EQUIPMENT LIST

| ITEM | AMOUNT | SIZE/MODEL |
|---|---|---|

## OUTDOOR FURNITURE:
*handwritten: ~5 - 2 ton*

* Outdoor umbrellas
* Table — 1 — 35"X35,5"
* Table — 3 — 31,5"X47"
* Circular Table — 2 — 42" diameter
* Table — 3 — 35,5"X35,5"
* Table — *2* — 31,5"X31,5"
* Wire – steel outdoor chairs — #8 *~ 6 broken*
* Green plastic outdoor chairs — #0 *~ never had — these were not present @ COE 6/1/06*

| ITEM | AMOUNT | SIZE/MODEL |
|---|---|---|

## INDOOR SITING AREA:
* Table — 1 — 24"X24"
* Tables — 18 — 32"X32"
* Tables — 5 — 28"X66"
* Tables — 4 — 28"X70"
* Tables — 1 — 28"X60"
* Tables — 1 — 30"X74"
* Circular Table — 1 — 5' diameters
* Tables — 4 — 28"X4'
* Indoor chairs — 93
* High chairs — 5 *(only 4 — 1 broken)*

## TECHNOLOGY:
* POS Cash Registers — 4
* CPU's — 8
* Monitors — 8
* Cash drawers — 4
* Stan Kitchen Printer — 8
* Keyboards — 8
* Credit Card Terminals — 5
* Credit Card Printers — 5
* Plain Paper Fax Machine (Panasonic) — 1 — KXFP250
* Docuware  Hp Printer — 1 — M#:1300/S#:P896
* Panasonic TV — 1 — 22"
* Panasonic TV — 1 — 29"
* Panasonic Telephone System
  With multiple speakers — 1 — M#:VB42050/S#:104648A
* DMX Music System — 1 — M#:A-903A/S#:601228
* Sonitrol Security System — 1

| ITEM | AMOUNT | SIZE/MODEL |
|------|--------|------------|
| • Emmerson VCR TV | 1 | |
| • 4 modulesX5 module | | 29"X7"X24 |
| There are 20 modules cash drop boxes and 5 separate. | | |

## FOOD WARMERS/OVENS:

| | | |
|------|--------|------------|
| • Witco Food Warmer | 1 | M#:516R/S#:623403 |
| • Witco Two Door Food Warmer | 1 | 20"X20"X39" |
| • Wells Food Warmer | 1 | M#:SMP/S#:CAD3427 |
| • Wells Soup Warmer | 1 | M#: SMPT/S#:NCF762D |
| • Lincoln Impinger Pizza Oven | 1 | M#:160D/S#:L21640 |
| • Lincoln Impinger Pizza Oven | 1 | M#:160D/S#:L21648 |
| • Lincoln Impinger Pizza Oven | 1 | M#:160D/S#:L21642 |
| • Montaque Grizzly 2 burner gas stove | 1 | 12"X28"X12" |
| • Montaque Grizzly 4 burner with 2X2 griddle | 1 | M#:00084-4-2FTL/S#:06-RD-26300 |

## TABLES/SHELVES:

| | | |
|------|--------|------------|
| • Stainless Steel Racks | 7 | 4'X2'X75" |
| • Stainless Steel Table | 1 | 2'X2'X3' |
| • Stainless Steel Wells Shelves | 3 | 14"X72" |
| • Stainless Steel Wells Shelves | 1 | 14"X84" |
| • Stainless Steel Wells Shelves | 1 | 14"X32" |
| • Stainless Steel Slanted Wall Shelf | 1 | 42"X24" |
| • Stainless Steel Dirty Dish Table | 1 | 30"X9'X3' tall |
| • Delfield Sandwich Make Table M#:18673PTDMR/S#:040403600209IM | | 32"X72"X36" |
| • Stainless Steel Dish Table | 1 | 4'X30"X3' |
| • Stainless Steel Wire Storage Rack Wheels | 4 | 4'X2'X75" |
| • Wood Cabinet | 1 | 40"X24"X8' |
| • Stainless Steel Wall Shelf | 1 | 7,5'X14" |
| • Stainless Steel prep-table with sink and under shelf | 1 | 7,5X30'X34" |
| • Stainless Steel Wire Storage Rack | 1 | 18"X4'X75" |
| • Mobile Wire Prep Cart | 1 | 32"X18"X31" |
| • Custom Stainless Steel Dough Table With two under Shelves | 1 | 24"X9'X35" |
| • Stainless Steel Wall Shelf | 1 | 39"X12" |
| • Wall Shelf (phone orders) | 1 | 2'X6' |
| • Stainless Steel Wall Shelf | 2 | 8'X14" |
| • Delfield Pizza Make Table | 2 | A) M#:18699PTBMR  B) M#:18699PTBMR  B) S#: 0404036002092M B) S#:0404036002093M |
| • Stainless Steel Custom Made Cut Table With two shelves | 1 | 2'X8'X35" |
| • Stainless Steel Box Cabinet | 1 | 18"X48"X8' |
| • Shelf Mounted Heat Strip | 1 | 3'X8' dimension |
| • Mobile car rack | 1 | 2'X3'X34" |
| • 3-shelf rubber made Plastic Buss Cart | 1 | |
| • 4-drawer Hahn File Cabinet | 1 | |
| • NKL Single Door Safe | 1 | S#:603047 |

| **ITEM** | **AMOUNT** | **SIZE/MODEL** |
|---|---|---|
| • Dunnage Rack | 1 | 18"X24"X12" |
| • Rolling Dough Carts with Covers | 8 | 18"X28"X64" |
| • Custom Stainless Steel Delivery | | |
|   Warming Dispatch Table with | 1 | 8'X2'X38" |
| • Wyott warming strips | 1 | M#:FD-48, S#:9610-003 |
| • Wyott warming strips | 1 | M#:FD-48, S#:9610-004 |
| • Wire Dunnage Rack | 1 | 2'X3'X14" |
| • ACME Bench dough Roller | 1 | M#:MRS20, S# 1111 |

## APPLIANCES:

| | | |
|---|---|---|
| • Overhead Grill Exhaust Hood | 1 | 4'X8' Custom made stainless steel |
| • Sears Kenmore washer/dryer unit | 1 | M#:11099596200, S#:MF0701044 |
| • Melie Comister Vacuum | 1 | |
| • Hobart 60 quart bread machine | 1 | M#:HL600, S#:31-1-331-198 |
| • Hoshizaki Ice Machine | 1 | M#:RM-630MRE, S#:I-05635M |
| • Customer Refrigerated Salad Bar | 1 | 9,3"X4' |
| • Hand sink-Advance | 1 | 7PS50 |
| • Perlick oven-4 door | 1 | M#:C5065EUL, S#:389464 |
| • Delfield Pasta Refrigerator | 1 | 30"X32"X36" |
|   (M#:D1032N, S#:327634-T | | |
| • CMA Low Temp-Dish Machine | 1 | M#:SOULLAH-2, S#:115787 |
| • Stainless Steel, custom exhaust hood | 1 | 7,5'X10' |
| • Mars air door – out door unit | 1 | M#38C H-0 S#: 0006PF38CH-O |
| • Ansul Fire Suppression System 2 nozzels | | |

In re   Banda Family Ventures, a California corporation                          Case No. _____
                                   **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Wine, Canned Goods, Staples - Elk Grove Store<br>9135 W. Stockton Blvd., Suite 100<br>Elk Grove, Ca  95758 | | 200.00 |
| | | Wine, Canned Goods, Staples - El Dorado Hills Store<br>3941 Park Drive, Suite 100<br>El Dorado Hills, CA  95762 | | 300.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____   continuation sheets attached     Total   $        497,964.84

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re    <u>Banda Family Ventures, a California corporation</u>      Case No. _____

           **Debtor**                                                 **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)

☐   11 U.S.C. § 522(b)(3)

☐   Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

**Official Form 6D (10/06)**

**In re** Banda Family Ventures, a California corporation , **Case No.** _____

_____ **Debtor** _____ **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C §112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9872 <br><br> Bank of America, N.A. (KIA) <br> PO Box 30610 <br> Los Angeles, CA 90030-0610 <br><br> VALUE $ 8,800.00 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2006 Kia Rio | | | | 8,826.98 | 26.98 |
| ACCOUNT NO. 1406 <br><br> Chase Auto Finance (KIA) <br> PO Box 78101 <br> Phoenix, AZ 85062-8101 <br><br> VALUE $ 8,800.00 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2006 Kia Rio | | | | 9,019.67 | 219.67 |
| ACCOUNT NO. 9028 <br><br> Community Bank of the Bay (ARF) <br> 1750 Broadway <br> Oakland, CA 94612 <br><br> VALUE $ 415,000.00 | | | Lien: UCC-1 Financing Statement <br> Security: Accounts, Inventory & FFE | | | | 3,125.00 | 0.00 |

2 continuation sheets attached

Subtotal ▶ | $ 20,971.65 | $ 246.65
(Total of this page)

Total ▶ | $ | $
(Use only on last page)

(Report total also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re  Banda Family Ventures, a California corporation          ,          Case No. _____

Debtor                                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0082 <br><br> Community Bank of the Bay (ARF) <br> 1750 Broadway <br> Oakland, CA 94612 | | | Lien: UCC-1 Financing Statement <br> Security: Accounts, Inventory & FFE <br><br> VALUE $ 415,000.00 | | | | 18,625.00 | 0.00 |
| ACCOUNT NO. <br><br> Greater Sacramento CDC (Colson Services) <br> 5428 Watt Ave. <br> Suite 200 <br> North Highlands, CA 95660-2369 | | | Lien: UCC-1 Financing Statement <br> Security: Accounts, Inventory & FFE - Elk Grove Store <br> Security interest apparently un-perfected <br><br> VALUE $ 250,000.00 | | | | 313,295.00 | 63,295.00 |
| ACCOUNT NO. <br><br> Small Business Administration <br> District Counsel <br> 650 Capitol Mall, Ste 7-500 <br> Sacramento CA 95814 | | | Lien: UCC-1 Financing Statement <br> Security: Accounts, Inventory & FFE - El Dorado Hills Store <br> Guarantor of Umpqua Bank SBA loan <br><br> VALUE $ 165,000.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> Steve's Pizza Franchise Corporation <br> 804 PIER VIEW WY 208 <br> OCEANSIDE, CA 92054 | | | Lien: UCC-1 Financing Statement <br> Security: Accounts, Inventory & FFE <br><br> VALUE $ 415,000.00 | | | | Unknown | Unknown |
| ACCOUNT NO. 3613 <br><br> Umpqua Bank <br> PO Box 1580 <br> Roseburg, OR 97470 | | | Lien: UCC-1 Financing Statement <br> Security: Accounts, Inventory & FFE - El Dorado Hills Store <br><br> VALUE $ 165,000.00 | | | | 679,000.00 | 514,000.00 |

Sheet no.  1  of  2  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal ▶ $ 1,010,920.00 | $
(Total of this page)

Total ▶ $ | $
(Use only on last page)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re  Banda Family Ventures, a California corporation            ,  Case No. _____
_____
      **Debtor**                                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8656 <br><br> Washington Mutual Bank <br> National Comm Operations Center <br> PO Box 650528 <br> Dallas, TX 75265-0528 | | | Lien: UCC-1 Financing Statement <br> Security: Accounts, Inventory & FFE - Elk Grove Store <br> Security interest apparently un-perfected <br><br> VALUE $ 250,000.00 | | | | 258,343.10 | 8,343.10 |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal ► | $ 258,343.10 | $ 8,343.10 |
|---|---|---|---|
|  | (Total of this page) | | |
|  | Total ► | $ 1,290,234.75 | $ 585,884.75 |
|  | (Use only on last page) | | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re  Banda Family Ventures, a California corporation  ,  Case No._____
_____
Debtor  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re   Banda Family Ventures, a California corporation                    ,          Case No._____
                          Debtor                                                                                      (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____9___   **continuation sheets attached**

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re   Banda Family Ventures, a California corporation                    ,        Case No. _____
          **Debtor**                                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)        Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Adam Wohlwnd <br> 890 Big Oak Rd <br> Placerville CA  95667 | | | | | | | 66.75 | 0.00 | 66.75 |
| ACCOUNT NO. <br><br> Alexander Smith <br> 1801 Calaveras Dr <br> El Dorado Hills CA  95762 | | | | | | | 59.16 | 0.00 | 59.16 |
| ACCOUNT NO. <br><br> Brook Rosen <br> 2176 Winter Haven Circle <br> Cameron Park CA  95682 | | | | | | | 100.25 | 0.00 | 100.25 |
| ACCOUNT NO. <br><br> Bryan Kim <br> 5750 Top Rail Lane <br> Shingle Springs CA  95682 | | | | | | | 53.43 | 0.00 | 53.43 |

Sheet no. __2__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ▶ | $ 279.59 | $ 0.00 | $ 279.59

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ▶ | $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ▶ | $ | $ | $

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re <u>Banda Family Ventures, a California corporation</u> ,   Case No. _____

                       **Debtor**                                                               **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)   Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Carissa G. Galati <br> 3611 Devon Way <br> El Dorado Hills CA  95726 | | | | | | | 28.28 | 0.00 | 28.28 |
| ACCOUNT NO. <br><br> David Grube <br> 2640 Woodridge Apt. 37 <br> Placerville CA  95667 | | | | | | | 1,576.80 | 0.00 | 1,576.80 |
| ACCOUNT NO. <br><br> Dennis M. Grube <br> 2640 Woodridge Apt. 37 <br> Placerville CA  95667 | | | | | | | 1.95 | 0.00 | 1.95 |
| ACCOUNT NO. <br><br> Dustin Thomas <br> 870 Shasta Circle <br> El Dorado Hills CA  95762 | | | | | | | 3.75 | 0.00 | 3.75 |

Sheet no. __3__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal <br> (Totals of this page) | $ 1,610.78 | $ 0.00 | $ 1,610.78 |
| Total <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

In re   Banda Family Ventures, a California corporation        ,        Case No. _____
_____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Hillary Garret <br> 176 Bitter Creek Drive <br> Folsom CA  95630 | | | | | | | 107.73 | 0.00 | 107.73 |
| ACCOUNT NO. <br><br> Holly Matlack <br> 2530 Highland Hills Drive <br> El Dorado Hills, CA  95762 | | | | | | | 80.16 | 0.00 | 80.16 |
| ACCOUNT NO. <br><br> Ian Sullivan <br> 3544 Ridgeview Dr <br> El Dorado Hills CA  95762 | | | | | | | 139.67 | 0.00 | 139.67 |
| ACCOUNT NO. <br><br> Jared Rogers <br> 3085 Cambridge <br> Cameron Park CA  95682 | | | | | | | 113.86 | 0.00 | 113.86 |

Sheet no. __4__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 441.42 | $ 0.00 | $ 441.42 |
| Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re __Banda Family Ventures, a California corporation__ ,     Case No. _____

                         Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Jennifer Ventre <br> 7013 Service Court #B <br> Diamond Springs CA 95619 | | | | | | | 165.76 | 0.00 | 165.76 |
| ACCOUNT NO. <br><br> Jessica Brown <br> 3061 Muir Woods Drive <br> El Dorado Hills CA 95762 | | | | | | | 105.86 | 0.00 | 105.86 |
| ACCOUNT NO. <br><br> Karen M. Banda <br> 9760 Tack Ct <br> Wilton CA 95693 | | | Consideration: Personal Loans | | | | 20,000.00 | 10,000.00 | 10,000.00 |
| ACCOUNT NO. <br><br> Kelly Sullivan <br> 3544 Ridgeview Dr <br> El Dorado Hills CA 95762 | | | | | | | 58.11 | 0.00 | 58.11 |

Sheet no. _5_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 20,329.73 | $ 10,000.00 | $ 10,329.73 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re  Banda Family Ventures, a California corporation            ,     Case No. _____
                          **Debtor**                                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Melissa Wilcox <br> 2830 Woodleigh Ln <br> Cameron Park CA 95682 | | | | | | | 71.23 | 0.00 | 71.23 |
| ACCOUNT NO. <br><br> Mike Beckwith <br> 3055 Latham <br> El Dorado Hills, CA 95726 | | | | | | | 77.12 | 0.00 | 77.12 |
| ACCOUNT NO. <br><br> Moses Banda, Jr. <br> 9760 Tack Ct <br> Wilton CA 95693 | | | Consideration: Owner draw $2,000 per month | | | | 12,000.00 | 10,000.00 | 2,000.00 |
| ACCOUNT NO. <br><br> Niki Edwards <br> 2290 Winter Haven Circle <br> Cameron Park CA 95682 | | | | | | | 74.92 | 0.00 | 74.92 |
| Sheet no. 6 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal <br> (Totals of this page) | | | | $ 12,223.27 | $ 10,000.00 | $ 2,223.27 |
| | | | Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | | | | $ | | |
| | | | Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ | $ | $ |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re <u>Banda Family Ventures, a California corporation</u>,        Case No. _____
                 **Debtor**                                                       **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)    Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Richard Ryan <br> 302 Summerfield <br> El Dorado Hills CA 95762 | | | | | | | 112.40 | 0.00 | 112.40 |
| ACCOUNT NO. <br> Ryan Ruthland <br> 924 Stoneridge <br> El Dorado Hills CA 95762 | | | | | | | 144.33 | 0.00 | 144.33 |
| ACCOUNT NO. <br> Samual Davila <br> 2591 Rivera Circle <br> El Dorado Hills CA 95762 | | | | | | | 147.23 | 0.00 | 147.23 |
| ACCOUNT NO. <br> Sean Rood <br> 2633 Willowdale Drive <br> El Dorado Hills CA 95762 | | | | | | | 63.52 | 0.00 | 63.52 |

Sheet no. <u>7</u> of <u>10</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)    $ 467.48    $ 0.00    $ 467.48

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re   Banda Family Ventures, a California corporation    ,      Case No. _____
          **Debtor**                                                                **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)      Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Stephan Robbins-Lewis 1130 White Rock Apt. 46 El Dorado Hills CA 95762 | | | | | | | 102.99 | 0.00 | 102.99 |
| ACCOUNT NO. | | | | | | | | | |
| | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __8__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 102.99 | $ 0.00 | $ 102.99 |
| Total (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re    Banda Family Ventures, a California corporation    ,    Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> California Employment Dev Dept <br> Bankruptcy/Special Procedures Grp <br> PO Box 826900 MIC 92E <br> Sacramento CA 94280-0001 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO.  4320 <br> California State Board of Equalization <br> Account Analysis & Control Sect., MIC:29 <br> PO Box 942879 <br> Sacramento CA 94279-0029 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> Franchise Tax Board <br> Bankruptcy Unit <br> PO Box 2952 <br> Sacramento CA 95812-2952 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br> Internal Revenue Service <br> PO Box 21126 <br> Philadelphia PA 19114 | | | | | | | Unknown | Unknown | Unknown |

Sheet no. 9 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $    0.00 | $    0.00 | $    0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re  Banda Family Ventures, a California corporation          ,          Case No. _____

                     **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6700<br><br>Sacramento County Tax Collector<br>3701 Power Inn Rd, #3000<br>Sacramento, CA 95826-4329 | | | Unsecured business personal property tax | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 10 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Totals of this page) | $ 0.00 | $ | $ |
| Total ➤<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ 35,455.26 | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 20,000.00 | $ 15,455.26 |

In re  Banda Family Ventures, a California corporation     Case No. _____
      **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Advance Restaurant Finance LLC<br>3 Waters Park Dr #231<br>San Mateo CA 94403 | | | Lender / Broker for Community Bank of the Bay | | | | Unknown |
| ACCOUNT NO.  45-3<br><br>American Express Merchant Services<br>PO Box 53852<br>Phoenix AZ 85072-3852 | | | credit card merchant account | | | | Notice Only |
| ACCOUNT NO.  2200<br><br>AT&T<br>AT&T Payment Center<br>Sacramento, CA 95887-0001 | | | | | | | 16.41 |
| ACCOUNT NO.  -038<br><br>AT&T<br>AT&T Payment Center<br>Sacramento, CA 95887-0001 | | | | | | | 529.64 |

  18   continuation sheets attached

Subtotal ➤ | $ | 546.05

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re   Banda Family Ventures, a California corporation            ,          Case No. _____
_____                                              _____
          **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  -851  <br><br> AT&T <br> AT&T Payment Center <br> Sacramento, CA 95887-0001 | | | | | | | 80.10 |
| ACCOUNT NO.  -545  <br><br> AT&T <br> AT&T Payment Center <br> Sacramento, CA 95887-0001 | | | | | | | 12.51 |
| ACCOUNT NO.  -490  <br><br> AT&T <br> AT&T Payment Center <br> Sacramento, CA 95887-0001 | | | | | | | 19.00 |
| ACCOUNT NO.  0891  <br><br> AT&T Universal Card <br> PO Box 6403 <br> The Lakes, NV 88901-6403 | | | Personal account of Karen Banda; proceeds deposited to corporate account | | | | 12,438.20 |
| ACCOUNT NO.  0003  <br><br> AT&T Yellow Pages <br> PO Box 989046 <br> West Sacramento, CA 95798-9046 | | | | | | | 619.29 |

Sheet no.  1  of  18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $   13,169.10

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re   Banda Family Ventures, a California corporation    ,          Case No. _____

                **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1864<br><br>Bank of America (CC)<br>PO Box 15721<br>Wilmington DE 19886-5721 | | | Personal account of Karen Banda; proceeds deposited to corporate account | | | | 8,914.01 |
| ACCOUNT NO. 2 21<br><br>Bank of America (LOC)<br>PO Box 15715<br>Wilmington , DE 19886-5715 | | | Personal account of Karen Banda; proceeds deposited to corporate account | | | | 29,002.45 |
| ACCOUNT NO. 8497<br><br>Bank of America Business Credit Express<br>PO Box 15710<br>Wilmington , DE 19886-5710 | | | | | | | 14,806.45 |
| ACCOUNT NO. 5750<br><br>Bank of America NT & SA<br>Elk Grove Branch<br>PO Box 37176<br>San Francisco CA 94137 | | | possible checking account overdraft | | | | 0.00 |
| ACCOUNT NO. 6847<br><br>Bank of America Visa Business Card<br>PO Box 15710<br>Wilmington DE 19886-5710 | | | | | | | 17,714.41 |

Sheet no.   2   of 18   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  70,437.32

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re <u>Banda Family Ventures, a California corporation</u>,　　　Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barry Kurtz<br>Kurtz Law Offices<br>16000 Ventura Blvd #1000<br>Encino CA 91436-2730 | | | counsel for Steve's Pizza Franchise Corporation | | | | Notice Only |
| ACCOUNT NO.  9408<br><br>Boyd Coffee Company<br>19730 NE Sandy Blvd.<br>Portland , OR 97230 | | | | | | | 222.00 |
| ACCOUNT NO.<br><br>Candice B. Harper<br>Trainor Fairbrook<br>980 Fulton Ave<br>Sacramento CA 95825 | | | counsel for landlord of El Dorado Hills Store | | | | Notice Only |
| ACCOUNT NO.  5492<br><br>Capital Beverage Company<br>PO Box 914<br>W. Sacramento, CA 95691 | | | | | | | 554.00 |
| ACCOUNT NO.  3257<br><br>Capital Beverage Company<br>PO Box 914<br>W. Sacramento, CA 95691 | | | | | | | 565.00 |

Sheet no. _3_ of _18_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 1,341.00

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re <u>Banda Family Ventures, a California corporation</u> ,      Case No. _____
          **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Catherine M. Page<br>Page & Jorgensen LLP<br>5160 Campus Dr<br>Newport Beach CA 92660 | | | counsel for landlord of Elk Grove Store | | | | Notice Only |
| ACCOUNT NO.  7418<br><br>Challenge Dairy Products, Inc.<br>File 81901<br>PO Box 60000<br>San Francisco, CA 94160 | | | | | | | 1,781.59 |
| ACCOUNT NO.  7419<br><br>Challenge Dairy Products, Inc.<br>File 81901<br>PO Box 60000<br>San Francisco, CA 94160 | | | | | | | 1,407.48 |
| ACCOUNT NO.  (EG)<br><br>Cintas Corporation #622<br>1231 National Drive<br>Sacramento, CA 95834 | | | | | | | 1,324.08 |
| ACCOUNT NO.  EDH)<br><br>Cintas Corporation #622<br>1231 National Drive<br>Sacramento, CA 95834 | | | | | | | 1,119.16 |

Sheet no. <u>4</u> of <u>18</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $   5,632.31

Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Banda Family Ventures, a California corporation        ,         Case No. _____
                          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6740<br><br>CL Raffety, CPA<br>360 Fair Lane<br>Placerville, CA 95667-4197 | | | | | | | 32.00 |
| ACCOUNT NO.  2544<br><br>CMA of Sacramento<br>9269 Survey Rd.<br>Elk Grove, CA 95624 | | | | | | | 627.87 |
| ACCOUNT NO.  2548<br><br>CMA of Sacramento<br>9269 Survey Rd.<br>Elk Grove, CA 95624 | | | | | | | 1,152.72 |
| ACCOUNT NO.  tore<br><br>Cold Control<br>3107 Alhambra Dr # A<br>Cameron Park, CA 95682 | | | | | | | 258.51 |
| ACCOUNT NO.  Vent<br><br>County of Sacramento<br>3701 Branch Center Rd.<br>Sacramento, CA 95827 | | | Consideration: Open Account<br>Business license renewal | | | | 790.00 |

Sheet no. _5_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $    2,861.10

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Banda Family Ventures, a California corporation ,       Case No. _____
_____
Debtor                                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7468<br><br>DayMark Food Safety Systems<br>12830 South Dixie Highway<br>Bolling Green, OH 43402 | | | | | | | 61.27 |
| ACCOUNT NO. 2775<br><br>DayMark Food Safety Systems<br>12830 South Dixie Highway<br>Bolling Green, OH 43402 | | | | | | | 37.50 |
| ACCOUNT NO. 7973<br><br>DayMark Food Safety Systems<br>12830 South Dixie Highway<br>Bolling Green, OH 43402 | | | | | | | 44.49 |
| ACCOUNT NO.<br><br>DBI Beverage Sacramento<br>3500 Carlin Dr.<br>West Sacramento, CA 95691 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Diamond Sharp Inc<br>513 Mercury Ln<br>Brea CA 92821 | | | Consideration: Open Account | | | | 30.00 |

Sheet no. 6 of 18 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  173.26

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re <u>Banda Family Ventures, a California corporation</u>,     Case No. _____
     **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0338<br><br>Direct TV<br>PO Box 60036<br>Los Angeles, CA 90060-0036 | | | | | | | 153.71 |
| ACCOUNT NO. 4966<br><br>Direct TV<br>PO Box 60036<br>Los Angeles, CA 90060-0036 | | | | | | | 78.60 |
| ACCOUNT NO. guna<br><br>Discount Cash Register Supplies<br>4322 Orange Grove Ave # C<br>Sacramento, CA 95841 | | | | | | | 241.64 |
| ACCOUNT NO. ills<br><br>Discount Cash Register Supplies<br>4322 Orange Grove Ave # C<br>Sacramento, CA 95841 | | | | | | | 53.08 |
| ACCOUNT NO. 2809<br><br>DMX Inc.<br>PO Box 660557<br>Dallas, TX 75266-0557 | | | | | | | 198.48 |

Sheet no. _7_ of _18_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | 725.51

Total▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

Official Form 6F (10/06) - Cont.

In re  Banda Family Ventures, a California corporation ,          Case No. _____
            Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2810<br><br>DMX Inc.<br>PO Box 660557<br>Dallas, TX 75266-0557 | | | | | | | 198.27 |
| ACCOUNT NO. 2945<br><br>DocuWare, Inc.<br>269 Technology Wy, Suite B-8<br>Rocklin , CA 95765 | | | | | | | 80.44 |
| ACCOUNT NO. 1958<br><br>El Dorado Co Environmental Mgmt<br>2850 Fair Ln Ct, Bldg C<br>Placerville, CA 95667 | | | | | | | 360.00 |
| ACCOUNT NO. 3064<br><br>El Dorado County Sheriff's Office<br>300 Fair Lane<br>Placerville, CA 95667 | | | | | | | 25.00 |
| ACCOUNT NO.<br><br>Felderstein, Fitzgerald, et al<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814 | | | bankruptcy counsel for Steve's Pizza Corporation | | | | Notice Only |

Sheet no. 8  of 18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | 663.71
Total➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re  Banda Family Ventures, a California corporation  ,   Case No. _____
_____
        Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1262<br><br>Firemans Fund<br>c/o HRH/Summit Risk Mgmt<br>2300 Clayton Rd., Ste. 620<br>Concord CA  94520 | | | | | | | 6,790.00 |
| ACCOUNT NO.  2200<br><br>Frontier<br>PO Box 20550<br>Rochester, NY 14602-0550 | | | | | | | 1,011.83 |
| ACCOUNT NO.  9821<br><br>Frontier<br>PO Box 20550<br>Rochester, NY 14602-0550 | | | and Acct No 916 714-5440 | | | | 56.89 |
| ACCOUNT NO.<br><br>J. Russell Cunningham<br>Desmond, Nolan et al<br>1830 15th St<br>Sacramento, CA 95814 | | | bankruptcy counsel for Steve & Cathy Wilkinson | | | | Notice Only |
| ACCOUNT NO.  0000<br><br>Kaiser Permanente<br>California Service Center<br>PO Box 23758<br>San Diego CA  92193 | | | | | | | 2,161.75 |

Sheet no.  9  of  18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $     10,020.47

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re <u>Banda Family Ventures, a California corporation</u>,　　Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　　　　　　<br>Marilyn Annotti<br>8733 Via Alta Wy<br>Elk Grove CA 95624 | | | Consideration: Personal Loan<br>Mother of Karen M. Banda | | | | 37,000.00 |
| ACCOUNT NO.　4898<br>Markstein Beverage Co.<br>PO Box 15379<br>Sacramento, CA 95851 | | | | | | | 2,034.00 |
| ACCOUNT NO.<br>Morgan Distributing Co., Inc.<br>Attn: Mark McKinney<br>3851 Taylor Rd #H<br>Loomis, CA  95650 | | | Coin-op games vendor; 40% of coins due to Debtor | | | | Notice Only |
| ACCOUNT NO.　2151<br>Nor Cal Beverage Company<br>3171 Swetzer Rd.<br>Loomis, CA 95650 | | | | | | | 672.00 |
| ACCOUNT NO.　6<br>Pappas Laguna No. 2, LP<br>c/o Inverness Equities<br>2020 L Street, 5th Floor<br>Sacramento, CA 95814 | | | Landlord of Elk Grove Store | | | | 89,896.00 |

Sheet no. __10__ of __18__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　129,602.00

Total▶　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Banda Family Ventures, a California corporation      ,          Case No. _____
_____
      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2569  Payment Processing, Inc dba Global Pay 8200 Central Ave. Newark, CA 94560 | | | | | | | 1,202.54 |
| ACCOUNT NO.  2567  Payment Processing, Inc dba Global Pay 8200 Central Ave. Newark, CA 94560 | | | | | | | 1,090.64 |
| ACCOUNT NO.  9889  Payment Processing, Inc dba Global Pay 8200 Central Ave. Newark, CA 94560 | | | | | | | 0.00 |
| ACCOUNT NO.  4880  Payment Processing, Inc dba Global Pay 8200 Central Ave. Newark, CA 94560 | | | | | | | 0.00 |
| ACCOUNT NO.  9819  Pepsi Cola PO Box 75948 Chicago, IL 60675-5948 | | | | | | | 2,646.07 |

Sheet no.  11  of  18   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 4,939.25

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Banda Family Ventures, a California corporation  ,        Case No. _____
                       Debtor                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7843 <br><br> Pepsi Cola <br> PO Box 75948 <br> Chicago, IL 60675-5948 | | | | | | | 4,204.25 |
| ACCOUNT NO.  09-1 <br><br> Preferred Employers Ins Co <br> c/o Santa Maria & Co. <br> 1777 North California Blvd <br> Walnut Creek CA  94596 | | | | | | | 6,808.50 |
| ACCOUNT NO. <br><br> Preferred Employers Ins Co <br> File No 55624 <br> Los Angeles CA 90074-5624 | | | workers comp insurance | | | | 4,820.00 |
| ACCOUNT NO.  5790 <br><br> Saccani Distributing Company <br> PO Box 1764 <br> Sacramento, CA 95812-1764 | | | | | | | 193.25 |
| ACCOUNT NO.  1568 <br><br> Sacramento Coca Cola Bottling Co. <br> 4101 Gateway Park Blvd. <br> Sacramento, CA 95834 | | | | | | | 168.52 |

Sheet no.  12  of  18   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $    16,194.52

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Banda Family Ventures, a California corporation                  ,        Case No. _____
          Debtor                                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0770 Sacramento Coca Cola Bottling Co. 4101 Gateway Park Blvd. Sacramento, CA 95834 | | | | | | | 649.90 |
| ACCOUNT NO. 4117 Sentinel Fire Equipment Co. 5702 Broadway Sacramento, CA 95820 | | | | | | | 227.67 |
| ACCOUNT NO. 5442 Sentinel Fire Equipment Co. 5702 Broadway Sacramento, CA 95820 | | | | | | | 302.28 |
| ACCOUNT NO. 2592 SMUD PO Box 15830 Sacramento, CA 95852-1830 | | | | | | | 3,760.40 |
| ACCOUNT NO. 0010 Sonitrol 1334 Blue Oaks Blvd Roseville, CA 95678 | | | | | | | 1,233.04 |

Sheet no.  13  of  18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $  6,173.29

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re <u>Banda Family Ventures, a California corporation</u>,          Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0011 <br><br> Sonitrol <br> 1334 Blue Oaks Blvd <br> Roseville, CA 95678 | | | | | | | 685.20 |
| ACCOUNT NO.  sit) <br><br> Steve & Cathy Wilkinson <br> 2850 Spafford St #B <br> Davis, CA 95618 | | | | | | | 17,482.90 |
| ACCOUNT NO. <br><br> Steve's Pizza Franchise Corporation <br> c/o eResidentAgent Inc. <br> 1801 CENTURY PARK EAST STE 1250 <br> LOS ANGELES, CA 90067 | | | Agent for Service of Process | | | | Notice Only |
| ACCOUNT NO.  anda <br><br> Steve's Place Inc. <br> 2850 Spafford St. #B <br> Davis, CA 95618 | | | | | | | 2,428.90 |
| ACCOUNT NO.  S EG <br><br> Superior Produce <br> 1516 McCormack <br> Sacramento, CA 95811 | | | | | | | 4,872.66 |

Sheet no. <u>14</u> of <u>18</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $ | 25,469.66
Total ▶   $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re   Banda Family Ventures, a California corporation   ,          Case No. _____
_____
                   **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   EDH<br><br>Superior Produce<br>1516 McCormack<br>Sacramento, CA 95811 | | | | | | | 6,285.65 |
| ACCOUNT NO.<br><br>Swanson & Sons<br>2101 Del Paso Blvd.<br>Sacramento, CA 95815-3001 | | | | | | | 348.60 |
| ACCOUNT NO.   E913<br><br>Swisher Hygiene Franchisee Trust<br>PO Box 863872<br>Orlando, FL 32886-3872 | | | | | | | 1,327.60 |
| ACCOUNT NO.   E394<br><br>Swisher Hygiene Franchisee Trust<br>PO Box 863872<br>Orlando, FL 32886-3872 | | | | | | | 268.94 |
| ACCOUNT NO.   2200<br><br>Tony's Fine Foods<br>3575 Reed Ave.<br>W. Sacramento, CA 95605-1501 | | | | | | | 20,852.84 |

Sheet no.   15   of   18   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                   Subtotal ➤ | $ | 29,083.63

                                     Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**Official Form 6F (10/06) - Cont.**

In re  Banda Family Ventures, a California corporation     ,     Case No. _____
_____
                    Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2400 <br><br> Tony's Fine Foods <br> 3575 Reed Ave. <br> W. Sacramento, CA 95605-1501 | | | | | | | 23,029.13 |
| ACCOUNT NO. <br><br> Travelers Ins Co <br> c/o Santa Maria & Co <br> 1777 N. California Blvd., Suite 310 <br> Walnut Creek, CA 94596 | | | general liability insurance | | | | 6,200.00 |
| ACCOUNT NO.  Y479 <br><br> Travelers Ins Co <br> c/o Santa Maria & Co. <br> 1777 North California Blvd <br> Walnut Creek CA  94596 | | | | | | | 1,000.00 |
| ACCOUNT NO.  L754 <br><br> Travelers Ins. Co. <br> c/o Santa Maria & Co. <br> 1777 North California Blvd <br> Walnut Creek CA  94596 | | | | | | | 4,898.75 |
| ACCOUNT NO. <br><br> Umpqua Bank <br> 2426 6th St <br> Eureka CA 95501 | | | additional address | | | | Notice Only |

Sheet no.  16  of  18  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  35,127.88

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re  Banda Family Ventures, a California corporation        ,        Case No. _____
_____
**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5274<br><br>Wells Fargo Bank NA<br>PO Box 6995<br>Portland OR 97228 | | | possible checking account overdraft | | | | 0.00 |
| ACCOUNT NO. 8698<br><br>Wells Fargo Business Card<br>Payment Remittance Center<br>PO Box 54349<br>Los Angeles, CA 90054-0349 | | | | | | | 24,773.54 |
| ACCOUNT NO. 7831<br><br>Wells Fargo Business Line<br>Payment Remittance Center<br>PO Box 54349<br>Los Angeles, CA 90054-0349 | | | | | | | 64,207.63 |
| ACCOUNT NO. uare<br><br>Wong Family Investors, L.P.<br>c/o Brandywine Realty<br>2240 Douglas Blvd #105<br>Roseville, CA 95661 | | | Landlord of El Dorado Hills Store | | | | 32,767.20 |
| ACCOUNT NO. 6419<br><br>Yellow Book USA<br>PO Box 51444<br>Los Angeles, CA 90051-5744 | | | | | | | 530.00 |

Sheet no.  17  of  18   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $       122,278.37

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re   Banda Family Ventures, a California corporation   ,        Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8765  Young's Market Company PO Box 30145 Los Angeles, CA 90030-0145 | | | | | | | 682.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.  18  of  18   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 682.00

Total ➤ | $ | 475,120.43

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re __Banda Family Ventures, a California corporation__    Case No. _____

                         __Debtor__                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Wong Family Investors, L.P.<br>c/o Brandywine Realty<br>2240 Douglas Blvd #105<br>Roseville, CA 95661 | Shopping Center Lease<br><br>Lease on nonresidential real property |
| Pappas Laguna No. 2, LP<br>C/O Inverness Equities<br>2020 L Street, 5th Floor<br>Sacramento, CA 95814 | Shopping Center Lease - Elk Grove store<br><br>Lease on nonresidential real property |
| Boyd Coffee Company<br>19730 NE Sandy Blvd.<br>Portland , OR 97230 | coffee machine |
| Cintas Corporation #622<br>1231 National Drive<br>Sacramento, CA 95834 | towels / floor mats / aprons |
| CMA of Sacramento<br>9269 Survey Rd.<br>Elk Grove, CA 95624 | Dishwasher @ Elk Grove store |
| Direct TV<br>PO Box 60036<br>Los Angeles, CA 90060-0036 | decoder box & remotes |
| DMX Inc.<br>PO Box 660557<br>Dallas, TX 75266-0557 | decoder box |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re    Banda Family Ventures, a California corporation       Case No. _____

          **Debtor**                                                     **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Pepsi Cola<br>PO Box 75948<br>Chicago, IL 60675-5948 | soda dispensers |
| Sacramento Coca Cola Bottling Co.<br>4101 Gateway Park Blvd.<br>Sacramento, CA 95834 | CO2 tanks |
| Sonitrol<br>1334 Blue Oaks Blvd<br>Roseville, CA 95678 | alarm systems |
| Morgan Distributing Co., Inc.<br>Attn: Mark McKinney<br>3851 Taylor Rd #H<br>Loomis, CA  95650 | owner of coin-op games in both stores.  40% of coins in cash boxes are owing to Debtor |
| Moses Banda, Jr.<br>9760 Tack Ct<br>Wilton CA 95693 | corporate office sublease @ $500 per month<br><br>Lease on nonresidential real property |
|  |  |
|  |  |
|  |  |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

**In re**    Banda Family Ventures, a California corporation        **Case No.** _____
                         **Debtor**                                                   **(if known)**

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | AT&T Universal Card<br>PO Box 6403<br>The Lakes, NV 88901-6403 |
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Bank of America (CC)<br>PO Box 15721<br>Wilmington DE 19886-5721 |
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Bank of America, N.A. (KIA)<br>PO Box 30610<br>Los Angeles, CA 90030-0610 |
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Bank of America (LOC)<br>PO Box 15715<br>Wilmington , DE 19886-5715 |
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Challenge Dairy Products, Inc.<br>File 81901<br>PO Box 60000<br>San Francisco, CA 94160 |
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Chase Auto Finance (KIA)<br>PO Box 78101<br>Phoenix, AZ 85062-8101 |
| Moses Banda, Jr.<br>9760 Tack Ct<br>Wilton CA 95693 | Community Bank of the Bay (ARF)<br>1750 Broadway<br>Oakland, CA 94612 |
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Community Bank of the Bay (ARF)<br>1750 Broadway<br>Oakland, CA 94612 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

In re    Banda Family Ventures, a California corporation                    Case No. _____
          **Debtor**                                                                      **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Greater Sacramento CDC (Colson Services)<br>5428 Watt Ave # 200<br>North Highlands, CA 95660-2369 |
| Moses Banda, Jr.<br>9760 Tack Ct<br>Wilton CA 95693 | Greater Sacramento CDC (Colson Services)<br>5428 Watt Ave.<br>Suite 200<br>North Highlands, CA 95660-2369 |
| Steve & Cathy Wilkinson<br>2850 Spafford St #B<br>Davis, CA 95618 | Greater Sacramento CDC (Colson Services)<br>5428 Watt Ave.<br>Suite 200<br>North Highlands, CA 95660-2369 |
| Steve & Cathy Wilkinson<br>2850 Spafford St #B<br>Davis, CA 95618 | Pappas Laguna No. 2, LP<br>C/O Inverness Equities<br>2020 L Street, 5th Floor<br>Sacramento, CA 95814 |
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Pappas Laguna No. 2, LP<br>C/O Inverness Equities<br>2020 L Street, 5th Floor<br>Sacramento, CA 95814 |
| Moses Banda, Jr.<br>9760 Tack Ct<br>Wilton CA 95693 | Pappas Laguna No. 2, LP<br>C/O Inverness Equities<br>2020 L Street, 5th Floor<br>Sacramento, CA 95814 |
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Sacramento Coca Cola Bottling Co.<br>4101 Gateway Park Blvd.<br>Sacramento, CA 95834 |
| Steve & Cathy Wilkinson<br>2850 Spafford St #B<br>Davis, CA 95618 | Washington Mutual<br>National Comm Operations Center<br>PO Box 650528<br>Dallas, TX 75265-0528 |
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Washington Mutual<br>National Comm Operations Center<br>PO Box 650528<br>Dallas, TX 75265-0528 |

**In re** Banda Family Ventures, a California corporation     **Case No.** _____

       **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Moses Banda, Jr.<br>9760 Tack Ct<br>Wilton CA 95693 | Washington Mutual<br>National Comm Operations Center<br>PO Box 650528<br>Dallas, TX 75265-0528 |
| Steve & Cathy Wilkinson<br>2850 Spafford St #B<br>Davis, CA 95618 | Wong Family Investors, L.P.<br>c/o Brandywine<br>2240 Douglas Blvd #105<br>Roseville, CA 95661 |
| Karen M. Banda<br>9760 Tack Ct<br>Wilton CA 95693 | Wong Family Investors, L.P.<br>c/o Brandywine Realty<br>2240 Douglas Blvd #105<br>Roseville, CA 95661 |
| Moses Banda, Jr.<br>9760 Tack Ct<br>Wilton CA 95693 | Wong Family Investors, L.P.<br>c/o Brandywine Realty<br>2240 Douglas Blvd #105<br>Roseville, CA 95661 |

# United States Bankruptcy Court
### Eastern District of California

In re    Banda Family Ventures, a California corporation

                       Debtor

Case No. _____

Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 5 | $ 497,964.84 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 3 | | $ 1,290,234.75 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 11 | | $ 35,455.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $ 475,120.43 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 45 | $ 497,964.84 | $ 1,800,810.44 | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.3-699 - 30937 - Adobe PDF

# United States Bankruptcy Court
### Eastern District of California

In re    <u>Banda Family Ventures, a California corporation</u>      Case No.   <u>            </u>

                Debtor

                                                           Chapter   <u>   7        </u>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4. Total from Schedule F | | $   N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

**2**

Walter R. Dahl, Bar No. 102186 [wdahl@DahlLaw.net]
Candy Dahl, Bar No. 186031 [cdahl@DahlLaw.net]
**DAHL & DAHL**
**ATTORNEYS AT LAW**
2304 "N" Street
Sacramento, CA 95816-5716

Telephone: (916) 446-8800
Telecopier: (916) 446-1634

Attorneys for Banda Family Ventures

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

In Re:

**Banda Family Ventures,**

9760 Tack Court, Wilton, CA 95693

Debtor(s).

Case No.:

## ATTORNEY'S DISCLOSURE OF COMPENSATION
[11 U.S.C. §329(a); Fed. R. Bank. P. 2016(b)]

The undersigned, pursuant to 11 U.S.C. §329(a) and Fed. R. Bank. P. 2016(b), states:

1. Dahl & Dahl, Attorneys at Law ("Counsel"), is the attorney for Debtor(s) in this case.

2. The compensation paid to Counsel within one year before the filing of the petition in bankruptcy, or agreed to be paid to Counsel, is as follows:

    a. For legal services rendered or to be rendered on behalf of Debtor(s) in contemplation of and in connection with this case:

        ☒ A fixed fee of $6,000.00, which includes the filing fee.
        ☐ An indeterminate fee to be computed at Counsel's standard hourly rates and costs.

    b. Prior to the date of this Statement, Counsel has received the sum of $6,000.00.

DAHL & DAHL
ATTORNEYS AT LAW
SACRAMENTO, CA

☐ Of that sum, $_____ was paid to Counsel for pre-petition legal services not directly in connection with this case, and billed pre-petition to Debtor(s) at Counsel's standard hourly rates and costs.

c.  The unpaid balance due and payable is:

☒ $___-0-_____.
☐ Not determinable at this time.

3. From the funds tendered to Counsel disclosed above, Counsel has paid the filing fee of:

☒ $  299.00          [Chapter 7]
☐ $1,039.00        [Chapter 11]
☐ $  274.00        [Chapter 13]

4.  The source of payments made to Counsel was from:

☒ Debtor(s)
☐ Other [specify]: _____.

5.  The source of payments to be made to Counsel for the unpaid balance remaining, if any, will be from:

☐ Debtor(s)
☐ Other [specify]: _____.

6.  Other than the payments referenced above, Counsel has received no transfer, assignment or pledge of property from or on behalf of Debtor(s) except the following for the value stated:

☒ None

☐ Counsel has been granted a security interest in all funds held by Counsel as an advance, retainer or periodic payment toward attorneys fees and costs incurred or to be incurred in its representation of Debtor(s).

☐ Other [specify] _____.

7.  Counsel has not shared or agreed to share with any other entity, other than with members and employees of Counsel, any compensation paid or to be paid except as follows:

☒ None
☐ Other [specify & attach agreement] _____.

Dated: July 13, 2007                              DAHL & DAHL
                                                  ATTORNEYS AT LAW


                                       By:  ___/s/Walter R. Dahl_____
                                                  Walter R. Dahl
                                         Attorneys for Banda Family Ventures